UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONICA SWIFT MANNING, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. 4:22-cv-00046-SRC |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| SOCIAL SERVICES, ) | |
| ) | |
| Defendant(s). ) | |

**Order of Dismissal**

In accord with the memorandum and order entered this day, the Court dismisses this case without prejudice and certifies that an appeal from this dismissal would not be taken in good faith.

So Ordered this 13th day of April 2022.

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE